UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZEWALE TECHANEW, individually and as the Successor-in-Interest to the ESTATE OF ISRAEL DANIEL ZEWALE,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GREENLAND TRUCKING LLC, a Texas Limited Liability Company, and MICHAEL WOLDAY, an Individual, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-1197 TWR (DEB)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF Nos. 1, 4) |

　　　On August 11, 2021, the Court ordered Plaintiff Daniel Zewale Techanew to show cause by August 25, 2021, why this civil action should not be dismissed without prejudice for failure adequately to allege subject-matter jurisdiction, to effect service pursuant to Federal Rule of Civil Procedure 4(m), and to prosecute pursuant to Southern District of California Civil Local Rule 41.1(a).  (*See generally* ECF No. 4.)  As of the date of this Order, Plaintiff has failed to respond to the Court's Order to Show Cause.  (*See generally* Docket.)  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for

failure adequately to allege subject-matter jurisdiction and failure to prosecute pursuant to Rule 4(m) and Civil Local Rule 41.1(a).  The Clerk of Court **SHALL CLOSE** the file.

     **IT IS SO ORDERED**.

Dated:  August 31, 2021

                                                      Honorable Todd W. Robinson
                                                    United States District Court